# MEMORANDUM DECISIONS.

ADAMS, Appellant, v. BOARD OF SUP'RS OF MONROE COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) In the matter of the application of Delbert A. Adams against the board of supervisors of Monroe county. No opinion. Order reversed, and the taxation of costs by the clerk affirmed, with $10 costs and disbursements. See 46 N. Y. Supp. 48.

ALLEN et al., Respondents, v. WHITE, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Seth Allen and another against Jehiel B. White. No opinion. Judgment affirmed, with costs.

AMERICAN EXCH. NAT. BANK, Appellant, v. CASINO CO., Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by the American Exchange National Bank against the Casino Company. F. Bien, for appellant. D. J. Quincy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 41 N. Y. Supp. 1105.

ANDERSON, Respondent, v. UNITED STATES PROJECTILE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Frank Anderson against the United States Projectile Company. No opinion. Judgment and order unanimously affirmed, with costs.

ANGEL, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Benjamin F. Angel against Alexander S. Clark and others. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for modification of the order denied. See 47 N. Y. Supp. 731.

In re ARKENBURGH'S ESTATE. ARKENBURGH, Appellant, v. ARKENBURGH, Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) In the matter of the estate of Robert A. Arkenburgh, deceased. Action by Eliza J. Arkenburgh against Oliver M. Arkenburgh. No opinion. Order of surrogate affirmed, without costs. See 43 N. Y. Supp. 1150.

BANNON, Respondent, v. BANNON, Appellant. (Supreme Court, Appellate Division, Second Department. May 21, 1897.) Action by Mary Bannon against Patrick Bannon, administrator, etc. No opinion. Judgment and order affirmed, with costs.

BARKER et al., Appellants, v. WIESSNER, Respondent. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by Robert D. Barker and Frederick Bend against Oscar E. A. Wiessner. No opinion. Judgment affirmed, with costs.

BARR, Appellant, v. STRINGER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1897.) Action by Maria Barr, as executrix, etc., against Mary J. Stringer, and others. No opinion. Judgment affirmed, with costs to both parties, to be paid out of the estate. See 46 N. Y. Supp. 342.

BECK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by Annie A. Beck, an infant, by Charles F. Beck, her guardian ad litem, against the Nassau Electric Railroad Company. No opinion. Order denying motion for new trial unanimously affirmed, with costs.

B. FISCHER CO., Respondent, v. GREENE, Defendant (ROBINSON, Appellant). (Supreme Court, Appellate Division, Third Department. September Term, 1897.) Action by the B. Fischer Company against Fred C. Greene and John H. Robinson. No opinion. Order reversed, with $10 costs and disbursements, and motion to set aside judgment granted, with $10 costs.

BIEN, Appellant, v. CASPERFELD, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Franklin Bien against Henry A. Casperfeld. F. Bien, for appellant. D. Leventritt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BINGHAMTON TRUST CO., Respondent, v. JUMP et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 16, 1897.) Action by the Binghamton Trust Company against Reuben B. Jump and others. No opinion. Judgment affirmed, with costs.

BIOT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Julia Ann Biot, as executrix, etc., of Joseph Biot, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BLACK, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by James Black against the Third Avenue Railroad Company. R. M. Williams, for appellant. N. Ottinger, for respondent. No

opinion. Judgment affirmed, with costs, on opinion on former appeal. See 37 N. Y. Supp. 830.

---

BLANC v. BLANC. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Frederick N. Blanc against Elizabeth L. Blanc. No opinion. Motion granted, with $10 costs. See 47 N. Y. Supp. 694.

---

BLANK, Appellant, v. GOERLITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Louisa Blank, general guardian, against Emma Goerlitz and others. M. S. Thompson, for appellant. F. Baumeister, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

BLASCHKO, Respondent, v. WURSTER et al., Respondents (CONLY et al., Appellants). (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Max Blaschko against Frederick W. Wurster, mayor, etc., Martin F. Conly and others, aldermen, etc., and East River & Atlantic Ocean Railroad Company. No opinion. Order granting injunction affirmed, with $10 costs and disbursements, on opinion in Norris v. Wurster (Sup.) 48 N. Y. Supp. 656. See 43 N. Y. Supp. 703, 44 N. Y. Supp. 1118.

---

BLINEBRY, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Williard Blinebry against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment of the county court affirmed, with costs.

---

BLUM, Respondent, v. HERMAN, Appellant. (Supreme Court, Appellate Term. December 28, 1896.) Action by Jacob Blum against Jacob Herman. Wahle & Stone, for appellant. Max Altmayer, for respondent. No opinion. Judgment affirmed, with costs. See 42 N. Y. Supp. 479.

---

BLUMENTHAL, Respondent, v. BUTTNER, Appellant. (City Court of New York, General Term. December 11, 1897.) Action by Maurice B. Blumenthal, as receiver, etc., against Simon Buttner. Howard A. Sperry, for appellant. Solon Berrick, for respondent.

O'DWYER, J. Order appealed from affirmed, with costs. CONLAN, J., concurs.

---

BOAK, Respondent, v. HAMILTON TUBE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by William C. Boak against the Hamilton Tube Company. No opinion. Motion to dismiss the appeal granted, with $10 costs. All concur, except HARDIN, P. J., and FOLLETT, J., dissenting.

---

In re BOARD OF EDUCATION. In re MERKLEM. (Supreme Court, Appellate Division, First Department. December 31, 1897.)

In the matter of board of education. In the matter of Merklem. No opinion. Reference ordered.

---

BOWDISH, Respondent, v. PAGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Jackson W. Bowdish against Esek Page and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BRADFORD v. DOWNS et al. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Russell Bradford against Ella R. Downs and others. No opinion. Motion denied.

---

BRADY, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Anastasia Brady against the Manhattan Railway Company. B. Yates, for appellant. J. T. Davies, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, but with leave to plaintiff, upon payment of such costs, to renew her motion below under rule 2, as soon as her case is upon the general calendar pursuant to the order appealed from.

---

BROOKLYN EL. R. CO., Plaintiff, v. BROOKLYN, B. & W. E. R. CO. et al., Defendants. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by the Brooklyn Elevated Railroad Company against the Brooklyn, Bath & West End Railroad Company, the Atlantic Avenue Railroad Company, and the Nassau Electric Railroad Company. No opinion. Motion for stay of execution of the judgment, so far as it grants equitable relief during the pendency of the appeal to the court of appeals, granted, on condition that the defendants furnish to the plaintiff a bond executed by at least two sureties, in the penal sum of $30,000, to be approved by a justice of the supreme court, as security, and conditioned for the payment of all damages which, during the continuance of such stay, the plaintiff may sustain by reason of failure of the defendants to comply during that time with the provisions of the judgment granting such relief in case the judgment, so far as it grants equitable relief, be affirmed, or the appeal therefrom be dismissed; and upon the stipulation by the defendants that such damages shall, at the option of the plaintiff, be expressed on the final disposition of the appeal, be liquidated at the rate of $10,000 a year. See 45 N. Y. Supp. 1134, 48 N. Y. Supp. 665.

---

BROZEK, Respondent, v. STEINWAY RY. CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by Barbara Brozek, as administratrix, etc., of Alois Brozek, deceased, against the Steinway Railway Company of Long Island City. No opinion. Motion for reargument or leave to appeal to the court of appeals denied. See 41 N. Y. Supp. 1017, 48 N. Y. Supp. 345.